

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-17-00338-CV

Travis **CROW**, Britt A. Crow, Laurian Crow Edison, and Karen A. Kraft,
Appellants

v.

Heddie Knappick **LOOKADOO**, Lisa Knappick Lucas, Mary Brown, Margaret Brown Nugent,
Charles Brown, Joseph Gallagher, Josephine Brown Noll, Pamela Gallagher Palmer, and Irene
B. Zoeller,
Appellees

From the 218th Judicial District Court, La Salle County, Texas
Trial Court No. 14-10-00188-CVL
Honorable Donna S. Rayes, Judge Presiding

PER CURIAM

Sitting:     Marialyn Barnard, Justice (not participating)
             Patricia O. Alvarez, Justice
             Irene Rios, Justice

Delivered and Filed: August 7, 2019

DISMISSED

On August 29, 2018, this court issued its opinion and judgment in this appeal. On September 12, 2018, appellants filed a motion for rehearing, which was denied on September 28, 2018. On October 15, 2018, appellants filed a motion for en banc reconsideration. On October 26, 2018, before this court ruled on appellants' motion for en banc reconsideration, the parties filed a joint motion to abate this appeal for the purpose of mediation, which was granted on November 1, 2018. On July 25, 2019, the parties filed a Joint Motion to Lift Abatement and Dismiss Appeal

with Prejudice in which the parties state they have fully settled all matters and no longer wish to pursue this appeal. The parties' joint motion does not request that we withdraw our previously-issued opinion.

We reinstate this appeal on the docket of this court. We withdraw our judgment issued on August 29, 2018, grant the parties' joint motion, and dismiss this appeal. *See* TEX. R. APP. P. 42.1(a)(1). In dismissing this appeal, our opinion issued on August 29, 2018, will not be withdrawn. *See id*. 42.1(c). Because the parties' joint motion does not address the assessment of costs, the costs of this appeal are taxed against appellants. *See id*. 43.4.

PER CURIAM